UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. 1:14-CR-00266-4 |
| v. | : |
| | : |
| CARLOS BURGOS MELENDEZ, | : |
| Defendant | : |

*O R D E R*

AND NOW, this 1st day of February, 2018, upon consideration of Defendant Carlos Burgos Melendez's pro se motion (Doc. 388) for relief from judgment under Federal Rule of Civil Procedure 60(b), and in accord with our accompanying memorandum, it is hereby ORDERED that the motion is DENIED.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge